**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN THE MATTER OF: BRITTANY     :    No. 65 WM 2020
HENDERSON   MOTION FOR EXTENSION   :
PURSUANT TO RULE 311       :


## ORDER


**PER CURIAM**

      **AND NOW**, this 2nd day of July, 2020, the Petition for Extension of Admission under Rule 331 is GRANTED.